

# COURT OF APPEALS

**SECOND DISTRICT OF TEXAS**
**FORT WORTH**

### NO. 02-14-00271-CV

| | | |
|---|---|---|
| Villa De Leon Condominiums, LLC, Patten Sales and Marketing, LLC, and Bill Bridges, Jr. | § | From the 153rd District Court |
| | § | of Tarrant County (153-269987-14) |
| v. | § | February 19, 2015 |
| | § | Opinion by Chief Justice Livingston |
| Michael Stewart and Carrie Stewart | § | Concurrence by Justice Gabriel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's order denying appellants' motion to compel arbitration and stay the trial court proceedings. It is ordered that the order of the trial court is reversed and the cause is remanded to the trial court to render an order in accordance with this opinion.

It is further ordered that appellees Michael Stewart and Carrie Stewart shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Terrie Livingston
Chief Justice Terrie Livingston